

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anastasia Allmendinger, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Allergan, Inc., et al.<br><br>　　　　Defendants. | 18-cv-04593 VAP (ASx)<br><br>**Judgment** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's August 17, 2018 Order Granting Defendants Allergan, Inc. and Allergan USA, Inc.'s Motion to Dismiss for Lack of Jurisdiction (Doc. No. 17), IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:　8/29/18

　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　Chief United States District Judge

1